UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICARDO LOPEZ REYES,<br><br>      Petitioner,<br><br> v.<br><br>LAURA HERMOSILLA, *et al.*,<br><br>      Respondents. | Case No. C25-2525-JNW<br><br>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS |

The Court, having reviewed Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241, the Respondents' return, the Report and Recommendation of Michelle L. Peterson, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

  (1) The Report and Recommendation is approved and adopted.

  (2) Petitioner's petition for writ of habeas corpus (dkt. # 1) is DENIED.

//
//
//
//

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS - 1

(3) The Clerk shall send copies of this Order to all counsel of record and to the Honorable Michelle L. Peterson.

DATED this 25th day of February, 2026.

_____
JAMAL N. WHITEHEAD
United States District Judge

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS - 2